**Order entered March 18, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00235-CV

### IN RE THE ESTATE OF BOBBIE WILLINGHAM

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-04085-3**

### ORDER

Before the Court is court reporter Charletta Breed's March 17, 2020 request for additional time (until April 16, 2020) to file the reporter's record. Because a motion for new trial was filed in this appeal, the record is not due until May 20, 2020. *See* TEX. R. APP. P. 35.1(a)(1). In light of this, we **DENY** Ms. Breed's request as moot.

/s/    KEN MOLBERG
         JUSTICE